UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                         CRIMINAL NO. 2:12CR100

CARLOS LEWIS

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

On petition of Felicia C. Adams, United States Attorney for the Northern District of Mississippi, in the above-entitled cause, it is hereby

ORDERED:

That a writ of habeas corpus ad prosequendum issue from this Court directed to the Sheriff, Panola County Jail in Batesville, Mississippi; the United States Marshal for the Northern District of Mississippi; and/or any other United States Marshal, commanding them to produce forthwith the body of CARLOS LEWIS, 09/08/1981, SSN xxx-xx-1912, before this Court at Oxford, Mississippi on August 20, 2012, at 9:00 A.M. for initial appearance, and directing them to return forthwith thereafter the said CARLOS LEWIS to the custody of the Sheriff, Panola County Jail in Batesville, Mississippi at the conclusion of the above cause.

This the 7th day of August, 2012.

UNITED STATES MAGISTRATE JUDGE